THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYNTHIA STEWART,<br><br>        Plaintiff,<br><br>    v.<br><br>SNOHOMISH COUNTY PUBLIC UTILITY DISTRICT NO. 1,<br><br>        Defendant. | CASE NO. C16-0020-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The Court DIRECTS Courthouse Security to allow the litigants in the above-captioned case to bring food and drink into the courthouse for the duration of the trial, which begins on Monday, May 8, 2017.

DATED this 2nd day of May 2017.

                                      William M. McCool
                                      Clerk of Court

                                      s/Paula McNabb
                                      Deputy Clerk