UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYNTHIA STEWART,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SNOHOMISH COUNTY PUBLIC UTILITY DISTRICT NO. 1,<br><br>　　　　Defendant. | CASE NO. C16-0020-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's objection to the notice of supersedeas bond (Dkt. No. 96). Plaintiff's objection is OVERRULED. Washington Revised Code § 4.96.050 provides that "[n]o bond is required of any local governmental entity for any purpose in any case in any of the courts of the state of Washington." Therefore, as a municipal corporation, Defendant is not required to obtain a stay by supersedeas bond.

DATED this 10th day of August 2017.

　　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　s/Paula McNabb
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER, C14-0681-JCC
PAGE - 1