THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYNTHIA STEWART,<br><br>        Plaintiff,<br><br>    v.<br><br>SNOHOMISH COUNTY PUBLIC<br>UTILITY DISTRICT NO. 1,<br><br>        Defendant. | CASE NO. C16-0020-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. In light of Plaintiff's recent motion to correct the attorney fee order (Dkt. No. 106; *see also* Dkt. No. 104), the Court seeks to ensure that the amount awarded is fully correct and well-supported. Accordingly, to help the Court resolve the pending motion, **the Court DIRECTS Plaintiff to submit a more concise set of supporting documentation, in the following format**:

(1) A chart stating the exact dollar amount (without a multiplier) for each segment of the request (*i.e.*, litigation fees, litigation costs, fees for bringing the attorney fee motion, costs for bringing the attorney fee motion, reply brief fees, reply brief costs, and adverse tax consequences), with a citation to the corresponding exhibit that supports each dollar amount; and

(2) A set of exhibits, one per segment of the request, to support each dollar amount.

**Plaintiff shall submit such documentation by Thursday, August 31, 2017.**

DATED this 24th day of August 2017.

<u>William M. McCool</u>
Clerk of Court

<u>s/Paula McNabb</u>
Deputy Clerk
